JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.V., OLESKII VASYLEVSKYI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Defendants. | Case No. 2:26-cv-5156-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that this action is dismissed without prejudice.

This is a final judgment.

Date: November 10, 2026

Stanley Blumenfeld, Jr.
United States District Judge